**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-1663**

---

In re:  THADDEUS D. WILLIAMS,

          Debtor

----------------------------------

SANDRA  S.  SPAIN,  Sandra  S.  Spain  Sprouse;  TREADEGAR
CONSTRUCTION, LLC,

          Plaintiffs,

      v.

THADDEUS D. WILLIAMS; MICHELE B. WILLIAMS,

          Defendants – Appellants,

      v.

ROY  M.  TERRY,  JR.,  Liquidating  Trustee  for  Treadegar
Construction, LLC,

          Movant - Appellee.

---

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Richmond.   Robert  E.  Payne,  Senior
District  Judge.   (3:12-cv-00154-REP;  3:11-cv-00868-REP;  09-
36121-KRH; 10-03117-KRH)

---

Submitted:  September 27, 2012      Decided:  October 1, 2012

---

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

———————————

Thaddeus D. and Michele B. Williams, Appellants Pro Se.  John Craig Smith, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thaddeus D. Williams and Michele B. Williams appeal from the district court's order finding that they lacked standing to appeal from the bankruptcy court's order approving a settlement agreement. Because the terms of the settlement agreement have been consummated, this appeal is moot. See In re Stadium Mgt. Corp., 895 F.2d 845, 847 (1st Cir. 1990) ("Absent a stay, the court must dismiss a pending appeal as moot because the court has no remedy that it can fashion even if it would have determined the issues differently."). Accordingly, we grant Roy Terry's motion to dismiss, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED